| INN - PROB 22<br>Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)*<br>0755 3:06CR00066 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Laura Joan Fitzsimmons | Northern District Of Indiana | South Bend |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Allen Sharp | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/25/2008 | TO 04/24/2010 |

| OFFENSE |
|---|
| BANK FRAUD; AIDING & ABETTING  18:1344 & 18:2 |

**08CR 378**
**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE SCHENKIER**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Northern District of Illinois [Chicago]    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_4/28/08_    _[signature]_
Date         United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**RECEIVED**
MAY - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAY - 5 2008    _James F. Holderman_
Effective Date    United States District Judge