

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED

MICHAEL W. DOBBINS

312-435-5698

**May 14, 2008**

Mr. Stephen R. Ludwig
Clerk
United States District Court
102 Robert A. Grant Federal Building
  and United States Courthouse
204 South Main Street
South Bend, IN 46601

Dear Clerk:

**F I L E D**

MAY 2 3 2008
May 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**Re: USA  vs.  Laura Joan Fitzsimmons**

Our Case Number:    08 cr 378

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Laura Joan Fitzsimmons , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:
Yvette Pearson, Deputy Clerk

Enclosure

H8

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-00066-AS-3
### Internal Use Only

Case title: United States of America v. Fagan et al

Date Filed: 06/15/2006
Date Terminated: 12/08/2006

---

Assigned to: Judge Allen Sharp

### Defendant (3)

**Laura Fitzsimmons**
*TERMINATED: 12/08/2006*

represented by **David A Wemhoff**
Attorney at Law
105 E Jefferson Blvd Suite 800
South Bend, IN 46601
574-239-7005
Fax: 574-287-3116
Email:
davidawemhoff@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA**
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK

By _____
DEPUTY CLERK
Date 5-20-08

### Pending Counts

18:1344 BANK FRAUD; 18:2
AIDING AND ABETTING
(1)

18:1344 BANK FRAUD; 18:2
AIDING AND ABETTING
(9)

### Disposition

24 months imprisonment on each
of counts 1 and 9 (to run
concurrent), 3 years supervied
release on each of counts 1 and 9
(concurrent), total of $200 special
assessment fee

24 months imprisonment on each
of counts 1 and 9 (to run
concurrent), 3 years supervied
release on each of counts 1 and 9
(concurrent), total of $200 special
assessment fee

## Highest Offense Level
## (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1028A FRAUD WITH IDENTIFICATION DOCUMENTS; 18:2 AIDING AND ABETTING (2) | Dismissed pursuant to plea agreement |
| 18:1344 BANK FRAUD; 18:2 AIDING AND ABETTING (3) | Dismissed pursuant to plea agreement |
| 18:1028A FRAUD WITH IDENTIFICATION DOCUMENTS; 18:2 AIDING AND ABETTING (4) | Dismissed pursuant to plea agreement |
| 18:1028A FRAUD WITH IDENTIFICATION DOCUMENTS; 18:2 AIDING AND ABETTING (10) | Dismissed pursuant to plea agreement |

## Highest Offense Level
## (Terminated)
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

## Miscellaneous Party
**Frankie Barber**

## Plaintiff

**United States of America**    represented by    **John M Maciejczyk - AUSA**
US Attorney's Office - SB/IN
M01 Federal Building
204 S Main Street
South Bend, IN 46601-2191
574-236-8287
Fax: 574-236-8155
Email:
john.maciejczyk@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2006 | 1 | SEALED INDICTMENT as to Melvin Fagan (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, Latasha Cross (2) count(s) 1, 2, Laura Fitzsimmons (3) count(s) 1, 2, 3, 4, 9, 10, Frankie Barber (4) count(s) 1, 9, 10, Jerome Stenson (5) count(s) 3, 4, 7, 8, Tracy Williams (6) count(s) 3, 4, 7, 8, William Davis (7) count(s) 5, 6, Sonya Smith (8) count(s) 1, 2. (smp)Addition attachment unsealed and added on 6/22/06) (smp) Additional attachment unsealed and added on 6/27/2006 (smp). Modified on 7/6/2006 (smp, ). Modified on 7/6/2006 (smp, ). (Entered: 06/16/2006) |
| 06/15/2006 | 2 | MOTION to Seal Case until arrest of the defendants by United States of America as to Melvin Fagan, Latasha Cross, Laura Fitzsimmons, Frankie Barber, Jerome Stenson, Tracy Williams, William Davis, Sonya Smith. (smp) Additional attachment unsealed and added on 6/27/2006 (smp). Modified on 7/6/2006 (smp, ). Modified on 7/6/2006 (smp, ). (Entered: 06/16/2006) |
| 06/15/2006 | 3 | ORDER granting 2 Motion to Seal Case as to Melvin Fagan (1), Latasha Cross (2), Laura Fitzsimmons (3), Frankie Barber (4), Jerome Stenson (5), Tracy Williams (6), William Davis (7), Sonya Smith (8). Signed by Judge Christopher A Nuechterlein on 6/15/06. (smp) Additional attachment unsealed and added on 6/22/2006 (smp). Additional attachment unsealed and added on 6/27/06. (smp) Modified on 7/6/2006 (smp, ). (Entered: 06/16/2006) |
| 06/15/2006 | 4 | ARREST Warrant Issued in case as to Melvin Fagan, Latasha Cross, Laura Fitzsimmons, Frankie Barber, Jerome Stenson, Tracy Williams, William Davis, Sonya Smith. (smp) Modified on 7/6/2006 (smp, ). (Entered: 06/16/2006) |

| 06/28/2006 | 29 | CJA 20 as to Laura Fitzsimmons: Appointment of Attorney David A Wemhoff for Laura Fitzsimmons. . Signed by Judge Christopher A Nuechterlein on 6/28/2006. (slm, ) (Entered: 06/29/2006) |
|---|---|---|
| 06/29/2006 | | Case unsealed as to Laura Fitzsimmons per chambers. (smp) (Entered: 06/29/2006) |
| 06/29/2006 | 25 | Initial Appearance as to Laura Fitzsimmons set for 6/29/2006 02:30 PM in South Bend before Magistrate Judge Christopher A Nuechterlein. (slm, ) (Entered: 06/29/2006) |
| 06/29/2006 | 26 | INITIAL APPEARANCE as to Laura Fitzsimmons held on 6/29/2006 before Judge Christopher A Nuechterlein. Govt appeared by atty Leslie Miller-Lowery. Dft appeared w/o counsel. Lesley Martin appeared on behalf of U S Probation/Pretrial Services. Defendant advised of const rights charges and poss penalties; Financial Affidavit completed; Defendant GRANTED Appointment of Counsel; U S Gov moves for detention; Defendant REMANDED to custody pending Detention Hearing set for 7/5/2006 02:00 PM in South Bend before Magistrate Judge Christopher A Nuechterlein. Arraignment set for 7/10/2006 02:30 PM in South Bend before Judge Allen Sharp. (Court Reporter Debra Bonk.) (slm, ) (Entered: 06/29/2006) |
| 06/30/2006 | 30 | MOTION to Unseal Case by United States of America as to Tracy Williams, Frankie Barber. (Maciejczyk, John) Modified to correct defendant names (as to whom motion was filed) on 7/5/06 (ksc). (Entered: 06/30/2006) |
| 06/30/2006 | 32 | ARREST Warrant Returned Executed on 6/29/06 in case as to Laura Fitzsimmons. (smp) (Entered: 06/30/2006) |
| 07/05/2006 | 33 | MOTION to Continue *Detention Hearing* by Laura Fitzsimmons. (Wemhoff, David) (Entered: 07/05/2006) |
| 07/05/2006 | 34 | ORDER granting 33 Motion to Continue Detention hearing as to Laura Fitzsimmons (3) Detention Hearing set for 7/7/2006 02:00 PM in South Bend before Magistrate Judge Christopher A Nuechterlein.. Signed by Judge Christopher A Nuechterlein on 7/5/2006. (slm, ) (Entered: 07/05/2006) |
| 07/06/2006 | 36 | ORDER granting 30 government's Motion to Unseal Case as to Melvin Fagan (1), Latasha Cross (2), Laura Fitzsimmons (3), Jerome Stenson (5), Tracy Williams (6), William Davis (7), |

| | | |
|---|---|---|
| | | Sonya Smith (8). Signed by Judge Christopher A Nuechterlein on 7/6/06. (smp) (Entered: 07/06/2006) |
| 07/06/2006 | | Document unsealed as to Melvin Fagan, Latasha Cross, Laura Fitzsimmons, Frankie Barber, Jerome Stenson, Tracy Williams, William Davis, Sonya Smith 36 Order on Motion to Unseal Case, (smp) (Entered: 07/06/2006) |
| 07/06/2006 | 37 | DOCUMENT ATTACHED as to Melvin Fagan, Latasha Cross, Laura Fitzsimmons, Frankie Barber, Jerome Stenson, Tracy Williams, William Davis, Sonya Smith: (Order of 7/6/06 not sent electronically to counsel of record) (smp) (Entered: 07/06/2006) |
| 07/06/2006 | 38 | MOTION for Ends of Justice Finding pursuant to 18 USC 3161 (h)(8) by United States of America as to Melvin Fagan, Latasha Cross, Laura Fitzsimmons, Frankie Barber, Jerome Stenson, Tracy Williams, William Davis, Sonya Smith. (Maciejczyk, John) (Entered: 07/06/2006) |
| 07/07/2006 | 43 | MOTION to Continue *Arraignment* by Laura Fitzsimmons. (Wemhoff, David) (Entered: 07/07/2006) |
| 07/07/2006 | 44 | ORDER granting 38 Motion for "Ends of Justice" Finding as to Melvin Fagan (1), Latasha Cross (2), Laura Fitzsimmons (3), Frankie Barber (4), Jerome Stenson (5), Tracy Williams (6), William Davis (7), Sonya Smith (8). Signed by Judge Allen Sharp on 7/7/06. (jld) (Entered: 07/07/2006) |
| 07/07/2006 | | (Court only) ***Excludable started XT as to Melvin Fagan, Latasha Cross, Laura Fitzsimmons, Frankie Barber, Jerome Stenson, Tracy Williams, Sonya Smith: (jld) (Entered: 07/07/2006) |
| 07/07/2006 | 45 | DETENTION HEARING as to Laura Fitzsimmons held on 7/7/2006 before Judge Christopher A Nuechterlein. Govt appeared by atty John Maciejczyk. Dft appeared by atty David A Wemhoff. Lisa Wirick appeared on behalf of U S Probation/Pretrial Services. Parties proffer evidence and arguments are heard; U S Gov motion for detention GRANTED; Defendant REMANDED to custody of the IN/Atty General or his designee. (Tape #FTR 7/7/2006.) (slm, ) (Entered: 07/07/2006) |
| 07/07/2006 | 46 | ORDER OF DETENTION PENDING TRIAL as to Laura Fitzsimmons . Signed by Judge Christopher A Nuechterlein on |

| | | |
|---|---|---|
| | | 7/7/2006. (slm, ) (Entered: 07/07/2006) |
| 07/10/2006 | 47 | ORDER granting 43 Motion to Continue as to Laura Fitzsimmons (3) Arraignment reset for 7/14/2006 01:00 PM in South Bend before Judge Allen Sharp. Signed by Judge Allen Sharp on 7/10/06. (smp) (Entered: 07/10/2006) |
| 07/14/2006 | 55 | ARRAIGNMENT as to Laura Fitzsimmons held on 7/14/2006 before Judge Allen Sharp. Govt appeared by atty Maciejczyk. Dft appeared by atty Wemhoff. Deft present in custody. Penalties: 6-96 years imprisonment, $3.75 million fine, 24 years S/R, $600 S/A. Plea of NOT GUILTY entered as to Counts 1,2,3,4,9,10. Pretrial Motions due by 9/5/2006. Government Response Brief due by 10/10/2006. Jury Trial set for 4/10/2007 at 9:30 AM (Eastern time) in South Bend before Judge Allen Sharp. Detention Review hearing scheduled for 7/17/06 at 1:30 PM (Eastern time) in South Bend before Judge Allen Sharp. Deft remanded to USM. (Court Reporter Spromberg) (jld) (Court Reporter Spromberg) (jld) (Entered: 07/14/2006) |
| 07/17/2006 | 59 | MOTION to Continue Detention Review Hearing set for 7/17/06 at 1:30 pm by Laura Fitzsimmons. (jld) (Entered: 07/17/2006) |
| 07/17/2006 | 60 | ORDER granting 59 Motion to Continue Detention Review Hearing as to Laura Fitzsimmons (3). Detention Review Hearing RESET from 7/17/06 to 7/20/2006 at 11:00 AM (Eastern time) in South Bend before Judge Allen Sharp.. Signed by Judge Allen Sharp on 7/17/06. (jld) (Entered: 07/17/2006) |
| 07/20/2006 | 68 | DETENTION REVIEW HEARING as to Laura Fitzsimmons (3) held on 7/20/2006 before Judge Allen Sharp. Govt appeared by atty Maciejczyk. Dft appeared by atty Wemhoff. Deft present in custody. Court hears arguments on detention. Detention Hearing continued to 7/28/2006 at 4:00 PM (Eastern time) in South Bend before Judge Allen Sharp. Deft remanded to USM. (Court Reporter Hoffman) (jld) (Entered: 07/20/2006) |
| 07/28/2006 | 70 | DETENTION HEARING as to Laura Fitzsimmons held on 7/28/2006 before Judge Allen Sharp. Govt appeared by atty Miller-Lowery. Dft appeared by atty Wemhoff. Deft present in custody. Court hears from parties and USPO re: questions remaining from last hearing. Deft ordered released on $5,000 unsecured bond with conditions. (Court Reporter Hoffman) (jld) (Entered: 07/28/2006) |
| | | |

| 07/28/2006 | 71 | ORDER Setting Conditions of Release as to Laura Fitzsimmons (3) $5,000 unsecured bond. Signed by Judge Allen Sharp on 7/28/06. (jld) (Entered: 07/28/2006) |
|---|---|---|
| 07/28/2006 | 72 | APPEARANCE BOND Entered as to Laura Fitzsimmons in amount of $ 5,000.00, (jld) (Entered: 07/28/2006) |
| 08/01/2006 | 73 | NOTICE of Change of Address by Attorney David A Wemhoff (Wemhoff, David) (Entered: 08/01/2006) |
| 08/02/2006 | 74 | PLEA AGREEMENT as to Laura Fitzsimmons (Maciejczyk, John) (Entered: 08/02/2006) |
| 08/22/2006 | 76 | NOTICE OF HEARING as to Laura Fitzsimmons (3): Change of Plea Hearing set for 8/23/2006 at 3:00 PM (Eastern time) in South Bend before Judge Allen Sharp. (jld) (Entered: 08/22/2006) |
| 08/23/2006 | 77 | MOTION to Continue *Change of Plea Hearing* by Laura Fitzsimmons. (Wemhoff, David) (Entered: 08/23/2006) |
| 08/23/2006 | 78 | ORDER granting 77 Motion to Continue as to Laura Fitzsimmons (3) Change of Plea Hearing set for 8/24/2006 02:00 PM in South Bend before Judge Allen Sharp. Signed by Judge Allen Sharp on 8/23/06. (smp) (Entered: 08/23/2006) |
| 08/24/2006 | 79 | PLEA AGREEMENT *(amended)* as to Laura Fitzsimmons (Maciejczyk, John) (Entered: 08/24/2006) |
| 08/24/2006 | 81 | HEARING as to Laura Fitzsimmons held on 8/24/2006 before Judge Allen Sharp. Govt appeared by atty Maciejczyk. Dft appeared by atty Wemhoff. Defendant fails to appear for scheduled Change of Plea hearing. Court orders issuance of Bench Warrant for failure to appear. 4:40-4:45 (Court Reporter Spromberg) (jld) (Entered: 08/25/2006) |
| 08/25/2006 | 82 | BENCH Warrant Issued in case as to Laura Fitzsimmons. (jld) (Entered: 08/25/2006) |
| 08/30/2006 | 83 | INITIAL APPEARANCE as to Laura Fitzsimmons held on 8/30/2006 before Judge Andrew P Rodovich on Bench Warrant issued by District Court Judge Allen Sharp for failure to appear for plea hearing. Govt appeared by AUSA Dean Lanter. Dft appeared w/o Atty. Dft advised of constitutional rights, charges, penalties. Dft has CJA Atty who will be notified of this arrest. Govt moves for detention. GRANTED. Hearing to be set b/f Judge Sharp in South Bend. Dft REMANDED to US Marshal to |

| | | |
|---|---|---|
| | | be transported to South Bend. Judge Sharp to be notified. (Tape #Digitally Recorded.) (plm, ) (Entered: 08/30/2006) |
| 08/31/2006 | 85 | NOTICE OF HEARING as to Laura Fitzsimmons: Appearance on Bench Warrant and Change of Plea Hearing set for 9/6/2006 at 1:00 PM (Eastern time) in South Bend before Judge Allen Sharp. (jld) (Entered: 08/31/2006) |
| 09/01/2006 | 90 | Arrest Warrant Returned Executed on 8/30/06 in case as to Laura Fitzsimmons. (sdf, ) (Entered: 09/07/2006) |
| 09/06/2006 | 87 | CHANGE OF PLEA HEARING as to Laura Fitzsimmons held on 9/6/2006 before Judge Allen Sharp. Govt appeared by atty Maciejczyk. Dft appeared by atty Wemhoff. Reed appeared on behalf of U S Probation/Pretrial Services. Deft present in custody. Court continues Change of Plea Hearing and resets it for 9/12/2006 at 11:00 AM (Eastern time) in South Bend before Judge Allen Sharp. Deft remanded to USM. 1:05-1:30, 2:00-2:05(Court Reporter Spromberg) (jld) (Entered: 09/06/2006) |
| 09/06/2006 | 88 | ORDER ON PROBATION REQUEST as to Laura Fitzsimmons, revoking bond and remanding deft until disposition of this case. Signed by Judge Allen Sharp on 9/6/06. (jld) (Entered: 09/06/2006) |
| 09/11/2006 | 91 | MOTION to Continue *Plea Hearing* by United States of America as to Laura Fitzsimmons. (Maciejczyk, John) (Entered: 09/11/2006) |
| 09/11/2006 | 92 | ORDER granting 91 Motion to Continue Plea Hearing as to Laura Fitzsimmons (3): Change of Plea Hearing RESET for 9/20/2006 at 4:30 PM in South Bend before Judge Allen Sharp.. Signed by Judge Allen Sharp on 9/11/06. (jld) (Entered: 09/12/2006) |
| 09/20/2006 | 93 | PLEA AGREEMENT *(second amended)* as to Laura Fitzsimmons (Maciejczyk, John) (Entered: 09/20/2006) |
| 09/20/2006 | 94 | CHANGE OF PLEA HEARING as to Laura Fitzsimmons (3) held on 9/20/2006 before Judge Allen Sharp. Govt appeared by atty Maciejczyk. Dft appeared by atty Wemhoff. Oviedo appeared on behalf of U S Probation/Pretrial Services. Deft present in custody. Deft sworn. Penalties: 60 yrs imprisonment, $2 million fine, 10 yrs S/R, $200 S/A. Charges, rights and waivers explained. Deft enters plea of GUILTY to Counts 1 and 9 to which the Court accepts. Matter referred to USPO for PSR. |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Sentencing set for 12/1/2006 at 3:30 PM (EST) in South Bend before Judge Allen Sharp. Deft remanded to USM. 4:30-5:00 (Court Reporter Spromberg) (jld) (Entered: 09/20/2006)                                                                                                                                                                                                                                                                                                                                    |
| 11/29/2006 | 108 | First SEALED MOTION by Laura Fitzsimmons. (Wemhoff, David) (Entered: 11/29/2006)                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 12/01/2006 | 109 | RESPONSE AND MOTION TO CONTINUE SENTENCING by United States of America to 108 First SEALED MOTION. (Maciejczyk, John) (Entered: 12/01/2006)                                                                                                                                                                                                                                                                                                                                                                     |
| 12/01/2006 | 110 | ORDER as to Laura Fitzsimmons (3): The Sentencing currently set for 12/1/06 is RESET on 12/8/2006 at 4:00 PM (EST) in South Bend before Judge Allen Sharp. No further continuances will be granted. Signed by Judge Allen Sharp on 12/1/06. (jld) (Entered: 12/01/2006)                                                                                                                                                                                                                                          |
| 12/07/2006 | 111 | RESPONSE in Opposition by United States of America as to Laura Fitzsimmons re 108 First SEALED MOTION (Maciejczyk, John) (Entered: 12/07/2006)                                                                                                                                                                                                                                                                                                                                                                  |
| 12/07/2006 | 112 | REPLY TO RESPONSE to Motion by Laura Fitzsimmons re 108 First SEALED MOTION *RE: Sentencing Memorandum* (Wemhoff, David) (Entered: 12/07/2006)                                                                                                                                                                                                                                                                                                                                                                  |
| 12/08/2006 | 113 | SENTENCING held on 12/8/2006 for Laura Fitzsimmons (3), 24 months imprisonment on each of counts 1 and 9 (to run concurrent) with credit for time served, 3 years supervied release on each of counts 1 and 9 (concurrent), total of $200 special assessment fee; Counts 2, 3, 4 & 10 dismissed pursuant to plea agreement; before Judge Allen Sharp. Govt appeared by atty Maciejczyk. Dft appeared by atty Wemhoff. Reed appeared on behalf of U S Probation/Pretrial Services. PSI ordered sealed. Deft remanded to USM. (Court Reporter Spromberg) (saj) (Entered: 12/08/2006) |
| 12/08/2006 | 114 | ORDER DISMISSING COUNTS for Laura Fitzsimmons (3), Counts 2, 3, 4 and 10 are dismissed pursuant to the plea agreement. Signed by Judge Allen Sharp on 12/8/06. (saj) (Entered: 12/08/2006)                                                                                                                                                                                                                                                                                                                      |
| 12/08/2006 | 115 | SENTENCING MEMORANDUM as to Laura Fitzsimmons . Signed by Judge Allen Sharp on 12/8/06. (saj) (Entered: 12/08/2006)                                                                                                                                                                                                                                                                                                                                                                                            |
| 12/08/2006 | 116 | JUDGMENT as to Laura Fitzsimmons (3), Counts 1 and 9, 24 months imprisonment on each of counts 1 and 9 (to run                                                                                                                                                                                                                                                                                                                                                                                                 |

| | | |
|---|---|---|
| | | concurrent), 3 years supervised release on each of counts 1 and 9 (concurrent), total of $200 special assessment fee; Signed by Judge Allen Sharp on 12/8/06. (saj) (Entered: 12/08/2006) |
| 02/02/2007 | 134 | Judgment Returned Executed as to Laura Fitzsimmons on 1/23/07 delivered to FPC Pekin, IL. (smp) (Entered: 02/02/2007) |
| 03/06/2007 | 137 | NOTICE OF HEARING. Status Conference set for 3/20/2007 3:00 PM in South Bend before Judge Allen Sharp ONLY FOR THOSE DEFENDANTS AND THEIR COUNSEL STILL GOING TO TRIAL ON 4/10/07. (saj) (Entered: 03/06/2007) |
| 04/28/2008 | 256 | ORDER transferring jurisdiction to Northern District of Illinois (Chicago) as to Laura Fitzsimmons upon that court's acceptance of jurisdiction. Signed by Judge Robert L Miller Jr on 4/28/08. (2 originally signed orders sent) (smp) (Additional attachment(s) added on 4/30/2008: # Transfer of Jurisdiction) (smp). (Additional attachment(s) added on 4/30/2008: # 2 Transfer of jurisdiction) (smp). (Entered: 04/29/2008) |
| 05/19/2008 | 257 | Jurisdiction Transferred to Northern District of Illinois as to Laura Fitzsimmons Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (smp) (Entered: 05/20/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 2 |
| MELVIN FAGAN (01), | ) | 18 U.S.C. § 1028A |
| LATASHA CROSS (02), | ) | |
| LAURA FITZSIMMONS (03), | ) | |
| FRANKIE BARBER (04), | ) | |
| JEROME STENSON (05), | ) | |
| TRACY WILLIAMS (06), | ) | 3:06CR ⸱⸱66AS |
| WILLIAM DAVIS (07), and | ) | |
| SONYA SMITH (08) | ) | |

**THE GRAND JURY CHARGES:**

<u>**Count 1**</u>

From on or about July 2005 through and including September 2005, in the

Northern District of Indiana,

MELVIN FAGAN,
LATASHA CROSS,
LAURA FITZSIMMONS,
FRANKIE BARBER,
and
SONYA SMITH,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK

By_____
DEPUTY CLERK
Date_____5-20-08_____

defendants herein, devised a scheme and artifice to obtain the moneys, funds, credits,

assets, securities, or other property owned by or under the custody or control of

Discover Bank, an insured depository institution under Title 18, United States Code,

Section 20, by means of false or fraudulent pretenses, representations, or promises.

1

It was part of the scheme and artifice that **MELVIN FAGAN,** defendant herein,

obtained the name of C.M. from the obituary pages of the South Bend Tribune.

**MELVIN FAGAN** then contacted C.M.'s surviving spouse, D.M. by telephone and was

able to obtain the Discover card number on the account he jointly held with his

deceased wife, and their personal identifying information.  **MELVIN FAGAN** was

thereafter able to obtain a card in **LAURA FITZSIMMONS** name on C. M.'s account by

using his identifying information.

On or about August 15, 2005  **MELVIN FAGAN, LATASHA CROSS, LAURA**

**FITZSIMMONS, FRANKIE BARBER,** and **SONYA SMITH** defendants herein, executed

the scheme and artifice set forth above by using the Discover card account of D.M. to

obtain a $7,000 cash advance.

All in violation of Title 18, United States Code, Sections 1344 and 2.

2

**THE GRAND JURY FURTHER CHARGES:**

### Count 2

From on or about July 11, 2005 to August 16, 2005, in the Northern District of Indiana,

**MELVIN FAGAN,**
**LATASHA CROSS,**
**LAURA FITZSIMMONS,**
**and**
**SONYA SMITH,**

defendants herein, during and in relation to a felony violation of 18 U.S.C. § 1344, did knowingly possess or use, without lawful authority, a means of identification of another person; to wit, D.M.

All in violation of Title 18, United States Code, Sections 1028A and 2.

**THE GRAND JURY FURTHER CHARGES:**

### Count 3

From on or about July 2005 through and including September 2005, in the

Northern District of Indiana,

**MELVIN FAGAN,
JEROME STENSON,
LAURA FITZSIMMONS,
and
TRACY WILLIAMS,**

defendants herein, devised a scheme and artifice to obtain the moneys, funds, credits,

assets, securities, or other property owned by or under the custody or control of MBNA,

an insured depository institution under Title 18, United States Code, Section 20, by

means of false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that **MELVIN FAGAN,** defendant herein,

obtained the name of D.C. from the obituary pages of the South Bend Tribune.

**MELVIN FAGAN** then contacted D.C.'s surviving spouse, W.C. by telephone and was

able to obtain the Mastercard number on the account he jointly held with his deceased

wife, and their personal identifying information.

On or about August, 2005 to September 20, 2005 **MELVIN FAGAN, JEROME**

**STENSON, LAURA FITZSIMMONS,** and **TRACY WILLIAMS,** defendants herein,

executed the scheme and artifice set forth above by using the Mastercard account of

W.C. and his personal information to obtain an additional card on W.C.'s account in the

name of **TRACY WILLIAMS,** and to obtain a cash advance on the card, make

4

purchases, and pay telephone bills and U-Haul rentals.

All in violation of Title 18, United States Code, Sections 1344 and 2.

**THE GRAND JURY FURTHER CHARGES:**

## Count 4

On or about August 27, 2005 to September 20, 2005 , in the Northern District of Indiana,

**MELVIN FAGAN,**
**JEROME STENSON,**
**LAURA FITZSIMMONS,**
**and**
**TRACY WILLIAMS,**

defendants herein, during and in relation to a felony violation of 18 U.S.C. § 1344, did knowingly possess or use, without lawful authority, a means of identification of another person; to wit, W.C.

All in violation of Title 18, United States Code, Sections 1028A and 2.

**THE GRAND JURY FURTHER CHARGES:**

### Count 5

From on or about July 2005 through and including September 2005, in the

Northern District of Indiana,

**MELVIN FAGAN,**
**and**
**WILLIAM DAVIS,**

defendants herein, devised a scheme and artifice to obtain the moneys, funds, credits,

assets, securities, or other property owned by or under the custody or control of

Discover Bank, an insured depository institution under Title 18, United States Code,

Section 20, by means of false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that **MELVIN FAGAN,** defendant herein,

obtained the name of M.S. from the obituary pages of the South Bend Tribune.

**MELVIN FAGAN** then contacted M.S.'s surviving spouse, E.S. by telephone and was

able to obtain the Discover card number on the account they jointly held, and their

personal identifying information.

On or about September 2005 **MELVIN FAGAN** and **WILLIAM DAVIS,**

defendants herein, executed the scheme and artifice set forth above by using the

Discover card  account of M.S. and her personal information to obtain an additional

card on M.S.'s account in the name of **WILLIAM DAVIS** and to obtain a cash advance

on the card.

All in violation of Title 18, United States Code, Sections 1344 and 2.

**THE GRAND JURY FURTHER CHARGES:**

## Count 6

On or about September, 2005 in the Northern District of Indiana,

**MELVIN FAGAN**
**and**
**WILLIAM DAVIS,**

defendants herein, during and in relation to a felony violation of 18 U.S.C. § 1344, did knowingly possess or use, without lawful authority, a means of identification of another person; to wit, M.S.

All in violation of Title 18, United States Code, Sections 1028A and 2.

**THE GRAND JURY FURTHER CHARGES:**

### Count 7

From on or about July 2005 through and including September 2005, in the Northern District of Indiana,

**MELVIN FAGAN,**
**JEROME STENSON,**
**and**
**TRACY WILLIAMS,**

defendants herein, devised a scheme and artifice to obtain the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Discover Bank, an insured depository institution under Title 18, United States Code, Section 20, by means of false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that **MELVIN FAGAN,** defendant herein, obtained the name of J.H. from the obituary pages of the South Bend Tribune. **MELVIN FAGAN** then contacted J.H.'s surviving spouse, D.H., by telephone and was able to obtain the Discover Card number on the account they jointly held, and their personal identifying information.

On or about September 2005 **MELVIN FAGAN, JEROME STENSON,** and **TRACY WILLIAMS,** defendants herein, executed the scheme and artifice set forth above by using the Discover card account of J.H. and his personal information to obtain an additional card on J.H.'s account in the name of **TRACY WILLIAMS** and to obtain a cash advance.

All in violation of Title 18, United States Code, Sections 1344 and 2.

9

**THE GRAND JURY FURTHER CHARGES:**

### Count 8

On or about September 20, 2005 , in the Northern District of Indiana,

**MELVIN FAGAN,**
**JEROME STENSON,**
**and**
**TRACY WILLIAMS,**

defendants herein, during and in relation to a felony violation of 18 U.S.C. § 1344, did knowingly possess or use, without lawful authority, a means of identification of another person; to wit, J.H..

All in violation of Title 18, United States Code, Sections 1028A and 2.

**THE GRAND JURY FURTHER CHARGES:**

### Count 9

From on or about July 2005 through and including September 2005, in the

Northern District of Indiana,

**MELVIN FAGAN,**
**LAURA FITZSIMMONS,**
**and**
**FRANKIE BARBER,**

defendants herein, devised a scheme and artifice to obtain the moneys, funds, credits,

assets, securities, or other property owned by or under the custody or control of Lake

City Bank, an insured depository institution under Title 18, United States Code, Section

20, by means of false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that **MELVIN FAGAN,** defendant herein,

obtained the name of E.S. from the obituary pages of the South Bend Tribune.

**MELVIN FAGAN** then contacted E.S.'s surviving spouse, C.S. by telephone and was

able to obtain the Visa card number on the account they jointly held, and their personal

identifying information.

On or about August and September 2005, **MELVIN FAGAN, LAURA**

**FITZSIMMONS,** and **FRANKIE BARBER,** defendants herein, executed the scheme

and artifice set forth above by using the Visa card account of E.S. to make purchases

from Lowe's and Blue Prince.

All in violation of Title 18, United States Code, Sections 1344 and 2.

11

**THE GRAND JURY FURTHER CHARGES:**

### Count 10

From on or about August, 2005 to September, 2005, in the Northern District of Indiana,

**MELVIN FAGAN,**
**LAURA FITZSIMMONS,**
**and**
**FRANKIE BARBER,**

defendants herein, during and in relation to a felony violation of 18 U.S.C. § 1344, did knowingly possess or use, without lawful authority, a means of identification of another person, to wit, E. S.

All in violation of Title 18, United States Code, Section 1028A and 2.

Date: June 14, 2006

A TRUE BILL:

S/ Foreperson
_____
Foreperson

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

s/ John M. Maciejczyk
BY: _____
John M. Maciejczyk
Assistant United States Attorney

12

✎AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN     District of     INDIANA

UNITED STATES OF AMERICA

**V.**

LAURA FITZSIMMONS

**JUDGMENT IN A CRIMINAL CASE**

Case Number:     3:06cr0066AS

USM Number:     08848-027

DAVID WEMHOFF
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)     1 and 9

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1344 & 18:2 | Bank Fraud; Aiding and Abetting | August 2005 | 1 & 9 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)    2, 3, 4 and 10    ☐ is   X are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 8, 2006
Date of Imposition of Judgment

S/ ALLEN SHARP
Signature of Judge

ALLEN SHARP, JUDGE
Name and Title of Judge

December 8, 2006
Date

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
I Certify that the foregoing is a true copy of the original on file in this court and cause.
**STEPHEN R. LUDWIG, CLERK**

By _____
DEPUTY CLERK

Date _____ 5-20-08

AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:        LAURA FITZSIMMONS
CASE NUMBER:    3:06cr0066AS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty-four (24) imprisonment on each count 1 and 9 which are to run concurrently. The defendant will receive credit for time served as calculated by the BOP.

X    The court makes the following recommendations to the Bureau of Prisons:
That the defendant be housed in a facility that she could receive drug treatment and/or drug counseling.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

   ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page   3   of   6

DEFENDANT:      LAURA FITZSIMMONS
CASE NUMBER:    3:06cr0066AS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :      Three (3) years each count (concurrent)

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2.   The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4.   The defendant shall support the defendant's dependents and meet other family responsibilities.

5.   The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6.   The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.

7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8.   The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9.   The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10.  The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11.  The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12.  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13.  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.  The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15.  The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:      LAURA FITZSIMMONS
CASE NUMBER:    3:06cr0066AS

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

The defendant shall participate in a drug aftercare treatment program which may include urine testing under a co-payment plan at the direction and discretion of the probation officer.

The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale for Monthly Co-Payment.

The defendant is to pay a special assessment fee in the amount of $200.00.

The defendant is to pay restitution in the amount of $12,613.14.

The defendant shall notify the United States Attorney's Office for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:        LAURA FITZSIMMONS
CASE NUMBER:      3:06cr0066AS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 12,613.14 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (street address), (city, state, zip) for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Discover Bank | | 7,000.00 | |
| Lake City Bank | | 5,613.14 | |

| **TOTALS** | $ _____ | $ _____12,613.14____ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine  ☐ restitution.

    ☐ the interest requirement for the   ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

case 3:06-cr-00066-AS    document 116    filed 12/08/2006    page 6 of 7

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:        LAURA FITZSIMMONS
CASE NUMBER:      3:06cr0066AS

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☒  Lump sum payment of $  _12,613.14_  due immediately, balance due

        ☐  not later than  _____ , or
        ☒  in accordance  ☒ C,  ☒ D,  ☐  E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☒  Payment in equal  _monthly_  (e.g., weekly, monthly, quarterly) installments of $  _50.00_  over a period of
        _months_  (e.g., months or years), to commence  _60_  (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☒  Payment in equal  _monthly_  (e.g., weekly, monthly, quarterly) installments of $  _150.00_  over a period of
        _months_  (e.g., months or years), to commence  _60_  (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within  _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Name:  LAURA FITZSIMMONS

Docket No.:  3:06cr0066AS

### ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____          _____
Defendant                                                              Date


_____          _____
U.S. Probation Officer/Designated Witness                   Date