## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                             Case No.: 1:08−cr−00378
                                                Honorable Samuel Der−Yeghiayan

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Defendant Laura Joan Fitzsimmons: Rule to show cause hearing set for 08/21/08 at 9:15 a.m. as to Laura Joan Fitzsimmons to show cause why her supervision should not be revoked. Laura Joan Fitzsimmons is hereby ordered to appear on 08/21/08 at 9:15 a.m. in Courtroom 1903. Defendant is warned that failure to appear on 08/21/08 may result in a bench warrant being issued. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.