# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:08−cr−00378
Honorable Samuel Der−Yeghiayan

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Laura Joan Fitzsimmons: Rule to show cause hearing held and continued to 08/28/08 at 9:30 a.m. Defendant Laura Joan Fitzsimmons is hereby ordered to appear at the 08/28/08 rule to show cause hearing. Defendant is warned that failure to appear at the 08/28/08 hearing may result in a bench warrant being issued. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.