UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
              Plaintiff,

v.                                    Case No.: 1:08−cr−00378
                                      Honorable Samuel Der−Yeghiayan

              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Laura Joan Fitzsimmons: Rule to show cause hearing held. As stated on the record, Defendant has voluntarily agreed to enroll in a voluntary residential treatment program for at least 30 days but up to 90 days. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.