UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | No.    08 CR 378 |
| v.    ) | |
| ) | Judge Samuel Der-Yeghiayan |
| LAURA FITZSIMMONS    ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:   *s/ Steven A. Block*
         STEVEN A. BLOCK
         Assistant United States Attorney
         219 South Dearborn Street, 5TH Floor
         Chicago, Illinois 60604
         (312) 886-7647

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY APPEARANCE**

was served on September 3, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                                  *s/Steven A. Block*
                                                  STEVEN A. BLOCK
                                                  Assistant United States Attorneys
                                                  219 South Dearborn, 5TH Floor
                                                  Chicago, Illinois  60604
                                                  (312) 886-7647